UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Andrew J. Kelly
The Kelly Firm, P.C.
Coast Capital Building
1011 Highway 71, St. 200
Spring Lake, NJ 07762
732-449-0525
Fax : 732-449-0592

Order Filed on November 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Kenneth B Long

Case No.: 15-11550

Adv. No.: 20-01484-CMG

Bunce D. Atkinson, Trustee for the Debtor Estate of Kenneth B. Long

Trial Date:

Judge: Christine M. Gravelle

Plaintiff(s)

v.

Kathleen Long

Defendant(s)

## DEFAULT JUDGMENT ORDER

The relief set forth on the following pages, numbered two (2) through (3) is hereby ORDERED.

**DATED: November 24, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>THE KELLY FIRM, P.C.<br>Bunce D. Atkinson<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762<br>(732) 449-0525<br>bunceatkinson@aol.com<br>*Attorneys for Plaintiff* | |
| In Re:<br><br>    Kenneth B Long,<br><br>          Debtor. | Case No.: 15-11550-CMG<br><br>Adversary No. 20-01484-CMG<br><br>Chapter: 7 |
| Bunce D. Atkinson, Trustee for the Debtor Estate of Kenneth B. Long,<br><br>          Plaintiff,<br><br>      v.<br><br>Kathleen Long,<br><br>          Defendant. | Judge: Christine M. Gravelle, U.S.B.J.<br><br>**<u>Civil Action</u>**<br><br>FINAL JUDGMENT AGAINST DEFENDANT KATHLEEN LONG SETTING ASIDE A FRAUDULENT TRANSFER AND PERMITTING THE SALE OF PROPERTY PURSUANT TO <u>11 U.S.C. § 363(h)</u> |

    This matter having been opened to the Court by The Kelly Firm, P.C., attorneys for the Plaintiff/Trustee, Bunce D. Atkinson, Bunce D. Atkinson, Esq. appearing, Default having been entered against the Defendant Kathleen Long, and the Court having considered the Affidavit in support of the Plaintiff/Trustee's request to enter default judgment against the Defendant, Kathleen Long, and for good cause shown; it is

    **ORDERED** as follows:

1. Judgment be and hereby is entered against the Defendant, Kathleen Long on Count One of the Trustee's Complaint determining that the transfer by the Debtor Kenneth B. Long, who was the husband of the Defendant Kathleen Long, a/k/a Kathleen A. Long, of his ownership interest in property located at Parcel 19/5G/1/33, Tobyhanna Township, Monroe County, Pennsylvania, commonly known as 263 Aspen Road, Pocono Pines, PA, hereinafter the "Property" was a fraudulent transfer pursuant 11 U.S.C. § 548 and N.J.S.A 25:2-20 et seq. made applicable to the bankruptcy proceeding pursuant to 11 U.S.C. § 544.

2. The transfer of the Property is set aside, and the property is vested in the name of the Debtor Estate of Kenneth B. Long, Bunce Atkinson, Trustee and Kathleen Long as tenants-in common.

3. The Trustee is authorized to record this judgment as a deed in the appropriate book of deed records in Pennsylvania to reflect that title to the Property is vested in the name of the Debtor Estate of Kenneth B. Long, Bunce Atkinson, trustee, and Kathleen Long, as tenants-in-common..

4. The Trustee is authorized to sell the Property pursuant to 11 U.S.C. § 363(h), and divide the net proceeds of sale 50% to the Debtor Estate and 50% to Kathleen Long.